IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY FALLON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　Defendant.<br>_____/ | No. 2:06-cv-1891-MCE-KJM-PS<br>No. 2:06-cv-1958-MCE-KJM-PS<br>No. 2:06-cv-1976-MCE-KJM-PS<br><br>ORDER |

　　　　Plaintiff, proceeding pro se, filed the above-entitled actions. These matters were referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

　　　　On October 20, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

　　　　The court has reviewed the files and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed October 20, 2006, are adopted in full; and

2. These matters are dismissed for lack of subject matter jurisdiction.

DATED: November 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE